## JANCA v. UNITED GAS SYSTEM.

### No. 10570.

Court of Civil Appeals of Texas. San Antonio.

Nov. 23, 1938.

Weber & Wolfe, of San Antonio, for appellant.

Eskridge & Groce and Russell Talbott, all of San Antonio, for appellee.

SMITH, Chief Justice.

The parties having jointly moved for affirmance of the judgment appealed from, it will be so ordered, without passing upon the merits of the several contentions

of the parties. Costs of appeal will be assessed against appellant, in the absence of agreement to the contrary.

Affirmed.